IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 08-36032 |
| BARTOLOZZI, ERIC | : | Chapter 7 |
| | | Judge Guy R. Humphrey |
| Debtor. | : | |

## MOTION OF TRUSTEE TO EXTEND TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE

### NOTICE TO PARTIES IN INTEREST

**You are hereby notified** that the Trustee has filed papers with the Court requesting an Order pursuant to the above referenced Motion, Application and/or Objection (hereinafter called the "Trustee's Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's Motion, or if you want the Court to consider your views on the Trustee's Motion, then on or before Twenty (20) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.

Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also provide a copy of your response to John Paul Rieser. You may either electronically serve John Paul Rieser through the court's ECF System or mail a copy to the following address: John Paul Rieser, Trustee, 7925 Graceland St., Dayton, OH 45459.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's Motion and may enter an order granting that relief.

| | |
|---|---|
| 2/17/09 | |
| ———————————— | */s/ John Paul Rieser* |
| Date of Issuance | John Paul Rieser, Esq. |

**1**
**RIESER & ASSOCIATES LLC**
7925 Graceland St. • Dayton, Ohio 45459 • (937) 224-4128

## MOTION OF TRUSTEE TO EXTEND TIME FOR FILING
## COMPLAINT OBJECTING TO DISCHARGE

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case, and hereby moves, pursuant to FRBP Rule 4004(b), for an Order extending the time during which the Trustee may file a Complaint objecting to the Debtor's discharge, for cause, for an additional period ending approximately ninety (90) days after the deadline originally set in accordance with Rule 4004(a). If the Court grants the instant Motion, the extended deadline for the Trustee to file a Complaint objecting to the Debtor's discharge would expire on June 22, 2009.

Respectfully submitted,

*/s/ John Paul Rieser*

John Paul Rieser, Esq. (0017850)
Case Attorney for John Paul Rieser, Trustee
Rieser & Associates LLC, Of Counsel
7925 Graceland St.
Dayton, Ohio 45459
Tel: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## MEMORANDUM

1. The Debtor filed the bankruptcy petition on 11/25/08. Movant, John Paul Rieser, is the duly appointed and acting Chapter 7 Trustee of the Debtor herein. The initial 341 Meeting of creditors in this case was set on 01/21/09, and the meeting was conducted by the Trustee on said date.

2. Pursuant to FBRP Rule 4004(a), a Complaint objecting to the discharge of the Debtor under 11 U.S.C. §727 must be filed within sixty days after the first date set for the meeting of creditors under §341(a) of the Code. Bankruptcy Rule 4004(b) permits a party in interest, including the Trustee, to file a motion to enlarge this time, provided the motion to extend is made prior to the expiration of the original period of time set to object to the discharge of the Debtor, and provided

further that the Motion to enlarge time is made "for cause".

3.　　The Debtor testified at the 341 meeting that he transferred two undisclosed motorcycles to his wife and sold them on Ebay for $20,000.00 after the bankruptcy case was filed. The Trustee is awaiting a large production of documents relating to various assets, both disclosed and undisclosed, and turnover of the motorcycles proceeds. The Trustee does not and will not have enough information to determine the extent of any non-exempt equity for the benefit of unsecured creditors and/or whether grounds may exist under 11 U.S.C. § 727 to object to the Debtor's discharge, until such time as the requested documents and the motorcycle proceeds are received. The Trustee believes an extension beyond the original deadline is required for approximately 90 additional days, and that such an extension will provide the Trustee with the requisite time, if the Debtor complies timely with the Trustee's turnover demands. The Trustee avers this is a reasonable request and that such constitutes adequate "cause" within the meaning of Rule 4004. This is the first extension request made by the Trustee.

　　　　**WHEREFORE,** the Trustee requests an Order enlarging the time under Rule 4004 in which the Trustee may file a complaint objecting to the discharge of the Debtor and prays for the relief as set forth in the foregoing motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John Paul Rieser*

　　　　　　　　　　　　　　　　　　John Paul Rieser, Esq. (0017850)
　　　　　　　　　　　　　　　　　　Case Attorney for John Paul Rieser, Trustee
　　　　　　　　　　　　　　　　　　Rieser & Associates LLC, Of Counsel
　　　　　　　　　　　　　　　　　　7925 Graceland St.
　　　　　　　　　　　　　　　　　　Dayton, Ohio 45459
　　　　　　　　　　　　　　　　　　Tel: (937) 224-4128, Fax: (937) 224-3090
　　　　　　　　　　　　　　　　　　E-mail: tecfdesk@rieserlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MOTION OF TRUSTEE TO EXTEND TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE** was served this **17th** day of February, 2009, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.

(2) A creditor who is listed by name only, with no mailing address, is not being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.

(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov
Mitchell W Allen mitchell@allenlawco.com, yasmeen@allenlawco.com
John A Schuh jaschuhohecf@nuvox.net
Gregory A Stout loubknotices@mapother-atty.com

**/s/ John Paul Rieser**

_____
John Paul Rieser [amw/694]

```
Label Matrix for local noticing      New Falls Corporation              United States Bankruptcy Court
0648-3                               100 N Center Street                120 West Third Street
Case 3:08-bk-36032                   Newton Falls, OH 44444-1321        Dayton, OH 45402-1872
Southern District of Ohio
Dayton
Thu Feb  5 09:09:18 EST 2009

Anthesthesia Group Practice          Asst US Trustee (Day)              Bushelman Supply
PO Box 634201                        Office of the US Trustee           250 Marion Rd
Cincinnati, OH 45263-4201            170 North High Street              Cincinnati, OH 45215-1416
                                     Suite 200
                                     Columbus, OH 43215-2417

Cap One                              Cat Access Account                 Caterpillar Financial Services
Pob 30281                            PO Box C1117                       2120 West End Avenue
Salt Lake City, UT 84130-0281        Southeastern, PA 19398             Nashville, TN 37203-5341

Chrysler Financial                   Cincinnati Bell                    Cincy Tool Rental Inc.
PO Box 55000                         PO Box 693                         3741 Warsaw Ave.
Dept. 277001                         Cincinnati, OH 45201-0693          Cincinnati, OH 45205-1772
Detroit, MI 48255-0001

Citifinancial                        Controlled Credit Corp.            Cornerstone Medical Services
Po Box 499                           PO Box 5154                        c/o Homecare Collection Service
Hanover, MD 21076-0499               Cincinnati, OH 45205-0154          PO Box 2484
                                                                        Akron, OH 44309-2484

Duke Energy                          Eads Fence Co., Inc.               Erika Bartolozzi
PO Box  960                          131 Brodway                        5401 Rocking Horse Place
Mail Drop 309C                       Loveland, OH 45140-3099            Oviedo, FL 32765-5144
Cincinnati, OH 45201-0960

Ffcc-Colmbus                         Ffcc-Columbus Inc                  Fst Premier
Po Box 20790                         1550 Old Henderson Rd St           3820 N Louise Ave
Columbus, OH 43220-0790              Columbus, OH 43220-3626            Sioux Falls, SD 57107-0145

Home Pages                           Hsbc Bank                          Hsbc Bank
PO Box 801                           Po Box 19360                       Po Box 5253
Dekalb, IL 60115-0801                Portland, OR 97280-0360            Carol Stream, IL 60197-5253

Hsbc Bank                            Hsbc Bank/Orchard Bank             Hsbc/Bstby
Pob 98706                            Po Box 5253                        Pob 15521
Las Vegas, NV 89193                  Carol Stream, IL 60197-5253        Wilmington, DE 19850-5521

Kimberly Chapman                     Midland Cred                       National City
740 East Garden Rd.                  8875 Aero Dr                       PO Box 2359
Vineland, NJ 08360-1723              San Diego, CA 92123-2251           Kalamazoo, MI 49003
```

| | | |
|---|---|---|
| National City<br>PO Box 856153<br>Louisville, KY 40285-6153 | National City Bank<br>PO Box 856153<br>Louisville, KY 40285-6153 | National City Bank<br>Small Business Managed Assets<br>2300 Millcreek Blvd.<br>Locator # 01-7521<br>Beachwood, OH  44122 |
| Natorps<br>8601 Snider Rd.<br>Mason, OH 45040-9273 | New Falls Corporation<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | New Falls Corporation<br>co Joseph D. Datchuk<br>100 North Center St.<br>Newton Falls, OH 44444-1321 |
| Ohio Job and Family Services<br>PO Box 182404<br>Columbus, OH 43218-2404 | Ohio Valley Orthopaedics<br>8044 Montgomery Rd<br>Suite 100<br>Cincinnati, OH 45236-2924 | PNC Bank<br>PO Box 609<br>Pittsburgh, PA 15230-0609 |
| Pcb<br>3592 Corporate Dr<br>Columbus, OH 43231-4978 | Qualified Emergency Specialists, Inc.<br>415 Greenwell Ave.<br>Cincinnati, OH 45238-5302 | Queen City Vascular Surgeons Group LLC<br>2450 Kipling Ave<br>Suite G-03<br>Cincinnati, OH 45239-6696 |
| Quest Diagnostics<br>875 Greentree Rd<br>4 Parkway Center<br>Pittsburgh, PA 15220-3645 | RSVP Ohio<br>806 E. Franklin St.<br>Dayton, OH 45459-5605 | Richard and Devore MD LLC<br>PO Box 632603<br>Cincinnati, OH 45263-2603 |
| Roetzel and Andress<br>222 S. Main St<br>Akron, OH 44308-1500 | Sam's Club<br>PO Box 981064<br>El Paso, TX 79998-1064 | Senex Services Corp<br>PO Box 505<br>Linden, MI 48451-0505 |
| Senex Srvcs<br>3500 Depauw Blvd<br>Indianapolis, IN 46268-1170 | Serenity Landscaping Inc<br>5765 S. St. Rt. 48<br>Maineville, OH 45039-8033 | Small Business Managed Assets<br>2300 Millcreeek Blvd.<br>Locator # 01-7521<br>Beachwood, OH  44122 |
| Sprint<br>PO Box 8077<br>London, KY 40742-8077 | Time Warner<br>11252 Cornell Park Dr.<br>Cincinnati, OH 45242-1886 | Trihealth<br>PO Box 20010<br>Cincinnati, OH 45220-0010 |
| Warren County Water<br>PO Box 530<br>Lebanon, OH 45036-0530 | Zenith Acquisition<br>3200 Elmwood Avenu<br>Kenmore, NY 14217-1179 | Eric Bartolozzi<br>5253 Overlook Dr.<br>Mason, OH 45040-1867 |
| John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Mitchell W Allen<br>52 East Mulberry Street<br>PO Box 435<br>Lebanon, OH 45036-0435 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DCFS Trust | (u)National City Bank | End of Label Matrix |
| | | Mailable recipients   58 |
| | | Bypassed recipients    2 |
| | | Total                 60 |