## Form 7016–1 — Attachment B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**

**CASE NO. _____**                    **CHAPTER _____**

**CONTESTED MATTER (__)**
**ADV. PRO. NO. _____**

**JOINT EXHIBITS TO BE OFFERED BY** _____

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Exhibit List and the attached Exhibits were served this **17th** day of September, 2009, to the following parties in interest by either regular U.S. mail, postage prepaid, or by the court's electronic noticing system.

The following parties were served by regular U.S. mail, postage prepaid:

    Eric Bartolozzi

    6458 Engram Rd.
    New Smyrna Beach, FL 32169

    Carol Bartolozzi
    6458 Engram Rd.
    New Smyrna Beach, FL 32169


    New Falls Corporation
    100 N Center Street
    Newton Falls, OH 44444

The following parties were served by electronic noticing:
    Mitchell W Allen mitchell@allenlawco.com, yasmeen@allenlawco.com

    Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

    John A Schuh jaschuhohecf@nuvox.net

    Gregory A Stout loubknotices@mapother-atty.com


*/s/ John Paul Rieser*
John Paul Rieser, Esq. (0017850)
Case Attorney for Chapter 7 Trustee
Rieser & Associates LLC, Of Counsel
7925 Graceland Street
Dayton, Ohio 45459-3834
Tel: 937/224-4128 Fax: 937/224-3090
E-Mail: attyecfdesk@rieserlaw.com
[smw/694]