ISSUING CNTY: WARREN
RESIDENT CNTY: WARREN

**STATE OF OHIO** No. 83 0129 0936
ORIGINAL
ISSUE DATE 05/15/2008

IDENTIFICATION NUMBER: 1S9RB25558S901289
COMMENTS:

YEAR: 2008
MAKE: —
MAKE DESCRIPTION: SUCKER PUNCH

PURCHASE PRICE: $16,634.64
BODY TYPE: MC
MODEL: 200
MODEL DESCRIPTION: 2008 TRAD. BOBB

TAX: $1,081.25
MILEAGE: 6
MLG BRAND: ACTUAL
EVIDENCE: OH MCO - IN STATE

CONVERSION:
BRAND(S):

OWNER:
ERIC BARTOLOZZI
5253 OVERLOOK DR
MASON, OH 45040

PREVIOUS OWNER:
ACES & EIGHTS HARLEY DAVIDSON
2383 KINGS CENTER CT
MASON, OH 45040-0000

83031115    MN000285

LIEN DISCHARGE
Lienholder
by: _____ Authorized signature _____ date
CLERK OF COURTS LIEN CANCELLATION
by: _____ Deputy Clerk _____ date

LIEN DISCHARGE
Lienholder
by: _____ Authorized signature _____ date
CLERK OF COURTS LIEN CANCELLATION
by: _____ Deputy Clerk _____ date

WITNESS MY HAND AND OFFICIAL SEAL THIS 16th DAY OF MAY, 2008
(SEAL)

7.090778955

*090778955*

090778955

JAMES L. SPAETH
CLERK OF COURTS

MARTJM

ISSUING CITY WARREN
RESIDENT CITY WARREN

**STATE OF OHIO** No. 83 0133 1678
ORIGINAL
ISSUE DATE 09/23/2008

IDENTIFICATION NUMBER: 1S9RB25558S901289
COMMENTS:

YEAR 2008
PURCHASE PRICE $.00
BODY TYPE MC
MODEL 200
TAX $.00
MILEAGE 1,535
MLG BRAND ACTUAL

MAKE DESCRIPTION: SUCKER PUNCH
MODEL DESCRIPTION: 2008 TRAD. BOBB
EVIDENCE: OH 8301290936

CONVERSION:
BRAND(S):
OWNER: CAROL BARTOLOZZI
5253 OVERLOOK DR
MASON, OH 45040

PREVIOUS OWNER: ERIC BARTOLOZZI
5253 OVERLOOK DR
MASON, OH 45040

LIEN DISCHARGE
Lienholder _____
by: _____
Authorized signature    date
CLERK OF COURTS LIEN CANCELLATION
by: _____
Deputy Clerk    date

LIEN DISCHARGE
Lienholder _____
by: _____
Authorized signature    date
CLERK OF COURTS LIEN CANCELLATION
by: _____
Deputy Clerk    date

WITNESS MY HAND AND OFFICIAL SEAL THIS 23rd DAY OF SEPTEMBER, 2008
%096026786    (SEAL)

*%096026786*

%096026786

JAMES L. SPAETH
CLERK OF COURTS

GORSML
GORSML

**STATE OF OHIO** No. 83 0128 4807
ORIGINAL

ISSUING CNTY: WARREN
RESIDENT CNTY: WARREN

ISSUE DATE: 04/28/2008

IDENTIFICATION NUMBER: 5J11RBJ164W000293
COMMENTS:

YEAR: 2004
MAKE: —
MAKE DESCRIPTION: BIG DOG

PURCHASE PRICE: $10,000.00
TAX: $650.00

BODY TYPE: MC
MODEL: —
MODEL DESCRIPTION: —

MILEAGE: 15,433
MLG BRAND: ACTUAL

EVIDENCE: OH 3104855890

CONVERSION:
BRAND(S):

OWNER: ERIC BARTOLOZZI
5253 OVERLOOK DRIVE
MASON, OH 45040

PREVIOUS OWNER: GREG SULLIVAN
4848 COLUMBIA RD
MASON, OH 45040

LIEN DISCHARGE
Lienholder _____
by: _____ Authorized signature _____ date
CLERK OF COURTS LIEN CANCELLATION
by: _____ Deputy Clerk _____ date

LIEN DISCHARGE
Lienholder _____
by: _____ Authorized signature _____ date
CLERK OF COURTS LIEN CANCELLATION
by: _____ Deputy Clerk _____ date

WITNESS MY HAND AND OFFICIAL SEAL THIS 28th DAY OF APRIL 2008
(SEAL)



%090784112

JAMES L. SPAETH
CLERK OF COURTS

ISSUING CNTY WARREN
RESIDENT CNTY WARREN

# STATE OF OHIO
## ORIGINAL

No. 83 0133 1679

ISSUE DATE 09/23/2008

IDENTIFICATION NUMBER: SJ11RBJ164W000293
COMMENTS:

YEAR 2004   MAKE —   MAKE DESCRIPTION BIG DOG
PURCHASE PRICE $.00
BODY TYPE MC   MODEL —   MODEL DESCRIPTION
TAX $.00
MILEAGE 19,105   EVIDENCE OH 8301284807
MFG BRAND ACTUAL

CONVERSION
BRAND(S)

OWNER
CAROL BARTOLOZZI
5253 OVERLOOK DR
MASON, OH 45040

PREVIOUS OWNER
ERIC BARTOLOZZI
5253 OVERLOOK DRIVE
MASON, OH 45040

LIEN DISCHARGE
Lienholder _____
by: _____
Authorized signature    date
CLERK OF COURTS LIEN CANCELLATION
by: _____
Deputy Clerk    date

LIEN DISCHARGE
Lienholder _____
by: _____
Authorized signature    date
CLERK OF COURTS LIEN CANCELLATION
by: _____
Deputy Clerk    date

WITNESS MY HAND AND OFFICIAL SEAL THIS 23rd DAY OF SEPTEMBER, 2008
%096026787    (SEAL)



%096026787

JAMES L. SPAETH
CLERK OF COURTS

GORSMI.
GORSMI.