# PayPal

**Search PayPal**
Search

[ Search ]

## History

| Balance |
|---|
| **$0.00** USD |

Recent Activity | **All activity** | Find a transaction

**Search**
Timeperiod
○

Transactionoption
[ Today ▼ ]

SelectDateRange
⦿

From
[ 1/1/2009 ]
to
To
[ 3/31/2009 ]

[ Show ]

**Filters**
All activity | All activity (with balance) | Payments received | Payments sent | Items shipped | More filters

**All activity - Jan. 1, 2009 to Mar. 31, 2009**

Download [CSV] | More

Next

View payment status glossary

| | Date | Type | Name/Email | Payment status | Details | Order status/Actions | Gross | Fee | Net amount |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Feb. 1, 2009 | Transfer To | Bank Account | Completed | Details | | -5.00 | 0.00 | -$5.00 USD |
| ☐ | Jan. 15, 2009 | Payment From | robert pinson | Completed | Details | | 49.00 | -1.72 | $47.28 USD |
| ☐ | Jan. 12, 2009 | Transfer To | Bank Account | Completed | Details | | -971.00 | 0.00 | -$971.00 USD |
| ☐ | Jan. 12, 2009 | Payment From | robert pinson | Completed | Details | *Sucker Punch* | 500.00 | -14.80 | $485.20 USD |
| ☐ | Jan. 12, 2009 | Payment From | jasen smith | Completed | Details | *Big Dog* | 500.00 | -14.80 | $485.20 USD |
| ☐ | Jan. 12, 2009 | Transfer To | Bank Account | Completed | Details | | -103.00 | 0.00 | -$103.00 USD |
| ☐ | Jan. 12, 2009 | Payment From | thomas mark simmons | Completed | Details | | 107.00 | -3.40 | $103.60 USD |

Unarchive   What's this

https://history.paypal.com/us/cgi-bin/webscr?cmd=_history&dispatch=5885d80a13c0db1f...　7/13/2009

Unarchive   What's this                                              Next

### The most common payment statuses

**Cancelled:** The sender cancelled this payment.
**Completed (referring to a bank withdrawal):** Money is being transferred to your bank account. Allow up to 7 days for this transfer to complete.

**Pending:** This payment is being processed. Allow up to 4 days for it to complete.
**Refunded:** The recipient refunded this payment to the sender.
**Removed:** Money temporarily held by PayPal can now be accessed.
**Returned:** Money was returned to the sender because the payment was unclaimed for 30 days.

View more status types.

### Download latest completed payments

Select file type
Select file type
Comma Delimited - Completed Payments

Download   Cancel

PayPal Secure Payments

- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December

- S
- M
- T
- W
- T
- F
- S

Copyright © 1999-2009 PayPal. All rights reserved.
Information about FDIC pass-through insurance

Page 1 of 3
637814/0175/0 /32
2082
01/23/2009

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

## SUNTRUST

Questions? Please call
1-800-786-8787

ERIC BARTOLOZZI OR
CAROL J BARTOLOZZI
6458 ENGRAM RD
NEW SMYRNA BEACH FL 32169-4821

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| | Account Number | Statement Period |
|---|---|---|
| | 2082 | 12/24/2008 - 01/23/2009 |

**Account Summary**

| Account Type | | |
|---|---|---|
| FREE CHECKING | | |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,393.97 | Average Balance | $5,262.27 |
| Deposits/Credits | $19,086.00 | Average Collected Balance | $5,262.27 |
| Checks | $1,595.42 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5,099.39 | | |
| Ending Balance | $13,785.16 | | |

**Deposits/Credits**

| Date | Amount | Description |
|---|---|---|
| 01/09 | 51.00 | CHECK CARD CREDIT INTUIT*TURBOTAX 800-446-8848 CA |
| 01/14 | 35.00 | INSUFFICIENT FUNDS PENALTY REFUND |
| 01/14 | 9,500.00 | INCOMING FEDWIRE CR TRN #014237 |
| 01/16 | 9,500.00 | INCOMING FEDWIRE CR TRN #014927 |

$500 FROM EACH INTO PAYPAL.

Deposits/Credits: 4    Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 96 | 80.00 | 12/30 | *109 | 1,000.00 | 01/22 | 111 | 186.18 | 01/22 |
| *101 | 25.00 | 01/07 | 110 | 45.31 | 01/20 | 112 | 258.93 | 01/21 |

*Break in check sequence

Checks: 6

**Withdrawals/Debits**

| Date Paid | Amount | Description | |
|---|---|---|---|
| 12/24 | 5.05 | CHECK CARD PURCHASE BEACH FOOD MART | NEW SMYRNA BE FL |
| 12/24 | 6.07 | CHECK CARD PURCHASE SUNSHINE #170 | COCOA FL |
| 12/24 | 8.51 | CHECK CARD PURCHASE BEACH ACCESS | DESTIN FL |
| 12/24 | 11.83 | CHECK CARD PURCHASE CHINA RESTAURANT | NEW SMYRNA BE FL |
| 12/24 | 79.94 | CHECK CARD PURCHASE RADIOSHACK COR00 | DAYTONA BEACH FL |
| 12/26 | 34.73 | CHECK CARD PURCHASE FLAGLER AVE BAR | NEW SMYRNA BE FL |
| 12/26 | 40.78 | CHECK CARD PURCHASE OLD FLORIDA GRIL | COCOA FL |
| 12/26 | 42.40 | CHECK CARD PURCHASE SPARKS FLOWER | 606-2562991 KY |
| 12/26 | 49.99 | CHECK CARD PURCHASE WALGREENS #2909 | NEW SMYRNA BE FL |

Continued on next page

Member FDIC

8825

```
SUNTRUST BANK                                         Page 2 of 3
P O BOX 622227                                        637P14/0175/0 /32
ORLANDO FL 32862-2227                                      2082
                                                      01/23/2009
```



# SunTrust

## Account Statement

| Withdrawals/Debits | Date Paid | Amount | Description | |
|---|---|---|---|---|
| | 12/26 | 57.99 | CHECK CARD PURCHASE THE HOME DEPOT # | NEW SMYRNA BCFL |
| | 12/26 | 92.35 | CHECK CARD PURCHASE PUBLIX #229 | NEW SMYRNA FL |
| | 12/26 | 111.79 | CHECK CARD PURCHASE WAL-MART | NEW SMYRNA BEFL |
| | 12/29 | 35.21 | CHECK CARD PURCHASE SUBCO AMOCO | ORLANDO FL |
| | 12/29 | 39.58 | CHECK CARD PURCHASE FOOD LION #0829 | NEW SMYRNA B FL |
| | 12/31 | 22.33 | CHECK CARD PURCHASE WILD SIDE | NEW SMYRNA BCFL |
| | 12/31 | 33.64 | CHECK CARD PURCHASE 7-ELEVEN 16120 | NEW SMYRNA BEFL |
| | 01/02 | 5.21 | CHECK CARD PURCHASE SEATTLES BEST 10 | ORLANDO FL |
| | 01/02 | 7.53 | CHECK CARD PURCHASE MCDONALD'S F2750 | ORLANDO FL |
| | 01/02 | 19.11 | CHECK CARD PURCHASE BORDERS AIRPRT01 | ORLANDO FL |
| | 01/05 | 4.16 | CHECK CARD PURCHASE STARBUCKS AS4 10 | ORLANDO FL |
| | 01/05 | 30.76 | CHECK CARD PURCHASE FOOD LION #0829 | NEW SMYRNA B FL |
| | 01/05 | 32.23 | CHECK CARD PURCHASE 7-ELEVEN 16120 | NEW SMYRNA BEFL |
| | 01/05 | 34.43 | CHECK CARD PURCHASE SOUTHERN CROSS B | NEW SMYRNA BEFL |
| | 01/05 | 72.65 | CHECK CARD PURCHASE FLAGLER AVE BAR | NEW SMYRNA BEFL |
| | 01/05 | 83.43 | CHECK CARD PURCHASE THE GARLIC | NEW SMYRNA BEFL TR DATE 01/03 |
| | 01/05 | 29.57 | POINT OF SALE DEBIT SOUTHERN CROSS B | NEW SMYRNA BEFL 6372 |
| | 01/06 | 110.99 | ELECTRONIC/ACH DEBIT AUTO-OWNERS   INS. PREM | OT010554554 |
| | 01/06 | 7.13 | CHECK CARD PURCHASE 7-ELEVEN 16120 | NEW SMYRNA BEFL |
| | 01/07 | 35.00 | NSF RETURNED ITEMS PENALTY | |
| | 01/07 | 42.86 | CHECK CARD PURCHASE WAL-MART #1079 | NEW SMYRNA B FL |
| | 01/07 | 60.12 | CHECK CARD PURCHASE FOOD LION #0829 | NEW SMYRNA B FL |
| | 01/08 | 14.95 | CHECK CARD PURCHASE CJTDIGITALD | 5136971590 OH |
| | 01/09 | 35.00 | NSF RETURNED ITEMS PENALTY | |
| | 01/09 | 35.00 | CHECK CARD PURCHASE FIRESTOREONLINE. | NEW SMYRNA BCFL |
| | 01/12 | 35.00 | NSF RETURNED ITEMS PENALTY | |
| | 01/14 | 15.00 | INCOMING FEDWIRE TRANSFER FEE TRN #014237 | |
| | 01/14 | 111.06 | ELECTRONIC/ACH DEBIT AUTO-OWNERS   INS. PREM | 4554 |
| | 01/16 | 15.00 | INCOMING FEDWIRE TRANSFER FEE TRN #014927 | |
| | 01/16 | 102.84 | ELECTRONIC/ACH DEBIT CORTRUST   PAYMENT | 1804 |
| | 01/20 | 12.95 | ELECTRONIC/ACH DEBIT WU Chrysler Fina   WUChrysler | 5111 |
| | 01/20 | 402.29 | ELECTRONIC/ACH DEBIT Credit One Bank   Payment | 2793 |
| | 01/20 | 467.23 | ELECTRONIC/ACH DEBIT WU Chrysler Fina   Chrysler | 5111 |
| | 01/20 | 822.30 | ELECTRONIC/ACH DEBIT Chrylser Finance   CF WEB | 8918 |

Member FDIC

Continued on next page

8826

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 3 of 3  
637P14/0175/0 /32  
████████2082  
01/23/2009

# Account Statement

# SUNTRUST

| Withdrawals/Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 01/20 | 10.64 | CHECK CARD PURCHASE AT&T 0439 | DAYTONA BEACH FL | |
| | 01/20 | 18.95 | CHECK CARD PURCHASE USP█████████600 | NEW SMYRNA BE FL | |
| | 01/20 | 21.88 | CHECK CARD PURCHASE CHILIS JAX   10 | JACKSONVILLE FL | |
| | 01/20 | 30.00 | CHECK CARD PURCHASE WALGREENS #1281 | MAINEVILLE  OH | |
| | 01/20 | 36.85 | CHECK CARD PURCHASE CHILIS JAX   10 | JACKSONVILLE FL | |
| | 01/20 | 58.47 | CHECK CARD PURCHASE WALGREENS #4960 | NEW SMYRNA  FL | |
| | 01/20 | 71.64 | CHECK CARD PURCHASE SHIKI AT THE BEA | NEW SMYRNA  FL | |
| | 01/20 | 91.13 | CHECK CARD PURCHASE STAPLES    00 | DAYTONA BEACH FL | |
| | 01/20 | 171.41 | CHECK CARD PURCHASE THE UPS STORE #2 | NEW SMYRNA BE FL | |
| | 01/20 | 256.05 | CHECK CARD PURCHASE IMAGE TODAY | 386-428-5556 FL | |
| | 01/20 | 572.33 | CHECK CARD PURCHASE NEW SMYRNA OUTFI | NEW SMYRNA BE FL | |
| | 01/22 | 67.07 | CHECK CARD PURCHASE KROGER #408 | CINCINNATI  OH | |
| | 01/23 | 24.37 | CHECK CARD PURCHASE SPEEDWAY 01091 3 | DAYTON    OH | |
| | 01/23 | 352.61 | CHECK CARD PURCHASE ATTM*838171045NB | 800-331-0500 GA | |

Withdrawals/Debits: 57

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 12/24 | 1,282.57 | 1,282.57 | 01/08 | 26.65 | 26.65 |
| | 12/26 | 852.54 | 852.54 | 01/09 | 7.65 | 7.65 |
| | 12/29 | 777.75 | 777.75 | 01/12 | 27.35- | 27.35- |
| | 12/30 | 697.75 | 697.75 | 01/14 | 9,381.59 | 9,381.59 |
| | 12/31 | 641.78 | 641.78 | 01/16 | 18,763.75 | 18,763.75 |
| | 01/02 | 609.93 | 609.93 | 01/20 | 15,674.32 | 15,674.32 |
| | 01/05 | 322.70 | 322.70 | 01/21 | 15,415.39 | 15,415.39 |
| | 01/06 | 204.58 | 204.58 | 01/22 | 14,162.14 | 14,162.14 |
| | 01/07 | 41.60 | 41.60 | 01/23 | 13,785.16 | 13,785.16 |

8827                                Member FDIC