AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE 434.74 |
|---|---|---|---|---|---|---|
| | 12/29 | 7-Eleven | 33 64 | ✓ | | 401 10 |
| | 12/31 | The Garlic | 83 43 | ✓ | | 317 67 |
| | 1/5 | Food Lion | 30 76 | ✓ | | 286 91 |
| | 1/3 | Food Lion | 60 12 | ✓ | | 226 79 |
| | 1/3 | Flagler Tavern | 72 65 | ✓ | | 154 14 |
| | 1/2 | Southern Cross Bait | 34 43 | ✓ | | 119 71 |
| | 1/3 | Southern Cross Bait | 29 57 | ✓ | | 90 14 |
| | 1/3 | 7-Eleven | 32 23 | ✓ | | 57 91 |
| | 1/5 | Wal-Mart | 42 86 | ✓ | | 15 05 |
| | 1/6 | CJT Digital | 14 95 | ✓ | | 10 |
| | 12/4 | Sunoco | 35 21 | ✓ | | |
| | 1/3 | 7-Eleven | 9 13 | ✓ | | |
| | 1/7 | NSF Fee | 35 00 | ✓ | | |
| | 1/9 | NSF Fee | 35 00 | ✓ | | |
| 105 | | Auto Owners | 110 59 | ✓ | | |
| 106 | | V.O.D | | | VOID | |
| 107 108 | | V.O.D | 111 06 | ✓ | | |
| | 1/9 | Intuit Credit | | ✓ | 51 00 | |
| | 1/9 | Firestore online | 35 00 | ✓ | | |
| | 1/12 | NSF Fee | 35 00 | ✓ | | |
| | 1/14 | NSF Fee Credit | | ✓ | 35 00 | |
| | 1/14 | Deposit - Wire Transfer | | ✓ | 9,500 00 | |
| | 1/14 | Wire transfer fee | 15 00 | ✓ | | 9,381 59 |
| | 1/15 | Walgreens | 58 47 | ✓ | | 9,323 12 |
| | 1/15 | NSB Post Office | 18 95 | ✓ | | 9,304 17 |

BIKE

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE $9,304.17 | |
|---|---|---|---|---|---|---|---|
| | 1/15 | UPS Store | 171 41 | ✓ | | 9,132 | 76 |
| | 1/15 | Staples | 91 13 | ✓ | | 9,041 | 63 |
| | 1/15 | NSB Outfitters | 572 33 | ✓ | | 8,469 | 30 |
| | 1/15 | AT & T | 10 64 | ✓ | | 8,458 | 66 |
| | 1/15 | Image Today | 256 05 | ✓ | | 8,202 | 61 |
| 109 | 1/15 | Erika Bartolozzi | 1,000 00 | ✓ | | 7,202 | 61 |
| | 1/15 | Chrysler | 822 30 | ✓ | | 6,380 | 31 |
| | 1/15 | Chrysler (467.23 + 12.95) | 480 18 | ✓ | | 5,900 | 13 |
| | 1/15 | Cox Trust Bank | 102 84 | ✓ | | 5,797 | 29 |
| 112 | 1/15 | Tribute | 258 93 | ✓ | | 5,538 | 36 |
| | 1/15 | Credit One | 410 24 | ✓ | | 5,128 | 12 |
| 110 | 1/15 | Duke Energy | 45 31 | ✓ | | 5,082 | 81 |
| | | | | | | 4,896 | 63 |
| 111 | 1/16 | Utilities Commission | 186 18 | ✓ | | | |
| | 1/16 | Deposit - Wire Transfer | | ✓ | 9,500 00 | 14,396 | 63 |
| | | | 22 00 | ✓ | | 14,374 | 63 |
| 113 | 1/23 | County of Volusia | 35 62 | ✓ | | 14,339 | 01 |
| | 1/23 | 7-Eleven | 76 75 | ✓ | | 14,262 | 26 |
| | 1/23 | Staples | 30 35 | ✓ | | 14,231 | 91 |
| | 1/23 | Bath + Body Works | 67 07 | ✓ | | 14,164 | 84 |
| | 1/20 | Kroger | 71 64 | ✓ | | 14,093 | 20 |
| | 1/16 | Shiki at the Beach | 36 85 | ✓ | | 14,056 | 35 |
| | 1/17 | Chili's - JAX | 30 00 | ✓ | | 14,026 | 35 |
| | 1/18 | Walgreen's | 21 88 | ✓ | | 14,004 | 47 |
| | 1/17 | Chili's - JAX | 15 00 | ✓ | | 13,989 | 47 |
| | 1/16 | Wire Fee | 42 60 | ✓ | | 13,946 | 87 |
| | 1/23 | The Yard Shop | 214 29 | ✓ | | 13,732 | 58 |
| 114 | 1/26 | NYL | | | | | |

BIKE

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE $13,732.58 | |
|---|---|---|---|---|---|---|---|
| | 1/25 | Wal-Mart | 140 | 30 | ✓ | | 13,592 | 28 |
| | 1/24 | Publix | 125 | 95 | ✓ | | 13,466 | 33 |
| | 1/24 | Applause Salon | 14 | 00 | ✓ | | 13,452 | 33 |
| | 1/23 | The Garlic | 94 | 18 | ✓ | | 13,358 | 15 |
| | 1/23 | News Journal | 16 | 16 | ✓ | | 13,341 | 99 |
| | 1/24 | Walgreen's | 51 | 99 | ✓ | | 13,290 | 00 |
| | 1/23 | Walgreen's | 17 | 99 | ✓ | | 13,272 | 01 |
| | 1/23 | Speedway | 24 | 37 | ✓ | | 13,247 | 64 |
| | 1/23 | AT&T | 352 | 61 | ✓ | | 12,895 | 03 |
| 116 | 1/27 | Carol Bartolozzi | 2,000 | 00 | ✓ | | 10,895 | 03 |
| 117 | 1/27 | Cash | 3,000 | 00 | ✓ | | 7,895 | 03 |
| | 1/28 | Moe's Liquor | 9 | 15 | ✓ | | 7,885 | 88 |
| | 1/25 | Citgo | 75 | 00 | ✓ | | 7,810 | 88 |
| | 1/22 | Budget | 186 | 45 | ✓ | | 7,624 | 43 |
| | 1/26 | Wal-Mart | 22 | 49 | | | 7,601 | 94 |
| | 1/26 | Computer A Services | 40 | 00 | ✓ | | 7,561 | 94 |
| | 1/27 | NSB Chrysler Jeep | 33 | 88 | ✓ | | 7,528 | 06 |
| 118 | 1/28 | RSC | 62 | 39 | ✓ | | 7,465 | 67 |
| | 1/27 | Publix | 33 | 08 | ✓ | | 7,432 | 59 |
| 119 | 1/27 | Dan | 75 | - | ✓ | | 7,357 | 59 |
| | 1/27 | JB's | 32 | 55 | ✓ | | 7,325 | 04 |
| | 1/28 | Walgreen's | 3 | 83 | ✓ | | 7,321 | 21 |
| | 1/26 | New Smyrna Outfitters | 166 | 86 | ✓ | | 7,154 | 35 |
| | 1/26 | 7-Eleven | 2 | 41 | ✓ | | 7,151 | 94 |
| | 1/27 | Breakers | 29 | 38 | ✓ | | 7,122 | 56 |
| | 1/28 | Computer A Services | 127 | 27 | ✓ | | 6,995 | 29 |

*Put money in safe. Couldn't find work & had to put it back in safe, next couple pages*

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE $6,995.29 |
|---|---|---|---|---|---|---|
|  | 1/27 | Critter's Corner | 89 65 | ✓ |  | 6,905 64 |
|  | 1/27 | Wal-Mart | 15 24 | ✓ |  | 6,890 40 |
| 120 | 1/29 | National City Bank | 100 80 | ✓ |  | 6,789 60 |
| 121 | 1/29 | Tri Health | 29 97 | ✓ |  | 6,759 63 |
| 122 | 1/29 | County of Volusia | 190 20 | ✓ |  | 6,569 43 |
| 123 | 2/2 | Beachsid Realty | 537 61 | ✓ |  | 6,031 82 |
|  | 1/31 | Southern Cross Bait | 8 51 | ✓ |  | 6,023 31 |
|  | 1/30 | New Smyrna Outfitters | 48 68 | ✓ |  | 5,974 63 |
|  | 1/29 | Flip Flops | 20 00 | ✓ |  | 5,954 63 |
|  | 1/29 | Flip Flops | 20 00 | ✓ |  | 5,934 63 |
|  | 1/30 | CJT Digital | 14 95 | ✓ |  | 5,919 68 |
|  | 1/30 | NYL | 90 00 | ✓ |  | 5,829 68 |
|  | 1/29 | Merk's Withdrawal | 62 50 | ✓ |  | 5,767 18 |
|  | 1/30 | Non Suntrust ATM fee | 2 00 | ✓ |  | 5,765 18 |
|  | 1/29 | The News Journal | 16 16 | ✓ |  | 5,749 02 |
|  | 1/30 | Beach Food Stor - Gas | 34 99 | ✓ |  | 5,714 03 |
|  | 1/31 | Beall's Outlet | 62 75 | ✓ |  | 5,651 28 |
|  | 2/3 | Smyrna Fence Supply | 190 63 | ✓ |  | 5,460 65 |
|  | 2/1 | Southern Cross Bait | 16 96 | ✓ |  | 5,443 69 |
| 124 | 2/3 | Magazine Line | 15 96 | ✓ |  | 5,427 73 |
|  | 2/2 | The Home Depot | 529 83 | ✓ |  | 4,897 90 |
|  | 2/4 | The Home Depot | 7 43 | ✓ |  | 4,890 47 |
|  | 2/1 | Publix | 62 05 | ✓ |  | 4,828 42 |
|  | 2/3 | Publix | 113 94 | ✓ |  | 4,714 48 |
|  | 2/1 | Trader's | 15 00 | ✓ |  | 4,699 48 |
|  | 2/3 | Sea Dogs Dive Center | 83 51 | ✓ |  | 4,615 97 |

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE 4,615.97 |
|---|---|---|---|---|---|---|
| | 2/2 | Citgo | 74 29 | ✓ | | 4,541 68 |
| | 2/2 | Beef o'Brady's | 32 49 | ✓ | | 4,509 19 |
| | 1/31 | Shiki | 112 13 | ✓ | | 4,397 06 |
| | 1/31 | JB's | 17 87 | ✓ | | 4,379 19 |
| | 2/3 | 11th St. Bargain Basement | 79 88 | ✓ | | 4,299 31 |
| | 2/9 | Chrysler | 819 30 | ✓ | | 3,480 01 |
| | 2/6 | Home Depot | 244 66 | ✓ | | 3,235 35 |
| | 2/5 | NSB PO | 32 70 | ✓ | | 3,202 65 |
| | 2/5 | Smyrna Fence | 38 36 | ✓ | | 3,164 29 |
| | 2/4 | NSB PO | 4 95 | ✓ | | 3,159 34 |
| | 2/3 | UPS Store | 16 50 | ✓ | | 3,142 84 |
| | 2/5 | News Journal | 16 16 | ✓ | | 3,126 68 |
| | 2/4 | PayPal credit/trans. | | ✓ | 5 00 | 3,131 68 |
| | 2/9 | Home Depot | 126 71 | ✓ | | 3,004 97 |
| | 2/7 | Citgo | 16 30 | ✓ | | 2,988 67 |
| | 2/7 | Southern Cross Bait | 2 66 | ✓ | | 2,986 01 |
| | 2/7 | NSB Marine Tack | 15 41 | ✓ | | 2,970 60 |
| | 2/5 | Flip Flops | 61 10 | ✓ | | 2,909 50 |
| | 2/6 | Publix | 34 52 | ✓ | | 2,874 98 |
| | 2/5 | Home Depot | 70 53 | ✓ | | 2,804 45 |
| | 2/4 | Home Depot | 91 50 | ✓ | | 2,712 95 |
| | 2/5 | The Garlic | 28 05 | ✓ | | 2,684 90 |
| | 2/9 | Home Depot | 32 44 | ✓ | | 2,652 46 |
| | 2/9 | Wal-Mart | 10 69 | ✓ | | 2,641 77 |
| | 2/9 | Chrysler | 467 23 | ✓ | | 2,174 54 |
| 125 | 2/10 | FDOT | 6 00 | ✓ | | 2,168 54 |

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $2,168.54 |
|  | 2/10 | Pebble Junction | 608 19 | ✓ |  | 1,560 35 |
|  | 2/10 | Withdrawal | 100 00 | ✓ |  | 1,460 35 |
|  | 2/10 | Mobil | 75 24 | ✓ |  | 1,385 11 |
|  | 2/9 | Chasers on the Beach | 51 57 | ✓ |  | 1,333 54 |
|  | 2/10 | UPS Store | 6 73 | ✓ |  | 1,326 81 |
| 126 | 2/8 | FL State Div. Unit | 350 00 | ✓ |  | 976 81 |
|  | 2/9 | W U fee for Chrysler | 12 95 | ✓ |  | 963 86 |
|  | 2/9 | AZ Pondo | 229 99 | ✓ |  | 733 87 |
|  | 2/11 | Publix | 54 76 | ✓ |  | 679 11 |
|  | 2/12 | Home Depot | 2 44 | ✓ |  | 676 67 |
|  | 2/13 | Deposit |  | ✓ | 1,500 00 | 2,176 67 |
|  | 2/14 | Food Lion | 38 38 | ✓ |  | 2,138 29 |
|  | 2/15 | Food Lion | 16 62 | ✓ |  | 2,121 67 |
|  | 2/14 | Publix | 65 45 | ✓ |  | 2,056 22 |
|  | 2/14 | 7-Eleven | 35 88 | ✓ |  | 2,020 34 |
|  | 2/15 | Home Depot | 11 68 | ✓ |  | 2,008 66 |
|  | 2/14 | Home Depot | 382 23 | ✓ |  | 1,626 43 |
|  | 2/14 | Home Depot | 89 23 | ✓ |  | 1,537 20 |
|  | 2/13 | Withdrawal | 102 00 | ✓ |  | 1,435 20 |
|  | 2/16 | Image Today | 1,224 75 | ✓ |  | 210 45 |
|  | 2/15 | Hardware World.com | 38 78 | ✓ |  | 171 67 |
|  | 2/17 | Deposit |  | ✓ | 192 00 | 363 67 |
| 127 | 2/17 | FL State Div. Unit | 350 00 | ✓ |  | 13 67 |
|  | 2/17 | NON-Suntrust ATM fee | 2 00 | ✓ |  | 11 67 |
|  | 2/4 | Home Depot (Credit) |  | ✓ | 261 97 | 273 64 |
|  | 2/14 | Home Depot (Credit) |  | ✓ | 407 25 | 680 89 |

Back in Acc.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE $ 680.89 | |
|---|---|---|---|---|---|---|---|
| | 2/15 | NYL | 71 43 | ✓ | | 609 | 46 |
| | 2/13 | Home Depot | 667 63 | ✓ | | -58 | 17 |
| | 2/18 | Home Depot | 61 46 | ✓ | | -119 | 63 |
| | 2/18 | Deposit | | ✓ | 1400 00 | 1,280 | 37 |
| | 2/18 | Brick America | 1,390 17 | ✓ | | -109 | 80 |
| | 2/18 | Citgo | 75 00 | ✓ | | -184 | 80 |
| | 2/19 | Deposit | | ✓ | 250 00 | 65 | 20 |
| | 2/18 | Publix | 92 39 | ✓ | | -27 | 19 |
| | 2/19 | Publix | 22 86 | ✓ | | -50 | 05 |
| | 2/19 | Walgreens | 71 98 | ✓ | | -122 | 03 |
| | 2/19 | Breakers | 39 91 | ✓ | | -161 | 94 |
| | 2/19 | Critter's Corner | 112 40 | ✓ | | -274 | 34 |
| | 2/20 | Deposit | | ✓ | 1,000 00 | 725 | 66 |
| | 2/20 | Home Depot | 18 08 | ✓ | | 707 | 58 |
| | 2/20 | Home Depot | 9 57 | ✓ | | 698 | 01 |
| 130 | 2/20 | US Postmaster | 785 58 | ✓ | | -87 | 57 |
| 128 | 2/20 | Sam's | 109 83 | ✓ | | -197 | 40 |
| | 2/20 | Critter's Corner | 6 81 | ✓ | | -204 | 21 |
| | 2/20 | Sam's | 35 00 | ✓ | | -239 | 21 |
| | 2/23 | Deposit | | ✓ | 1,000 00 | 760 | 79 |
| | 2/21 | Seven-Eleven | 19 33 | | | 741 | 46 |
| | 2/21 | Garden Arts | 31 95 | ✓ | | 709 | 51 |
| | 2/21 | Nature on the Rocks | 31 90 | ✓ | | 677 | 61 |
| | 2/21 | Jason's Deli | 26 14 | ✓ | | 651 | 47 |
| | 2/21 | Food Lion | 10 64 | ✓ | | 640 | 83 |
| | 2/21 | Walgreen's | 11 99 | ✓ | | 628 | 84 |

BACK IN ACC